SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff;<br><br>  vs.<br><br>Belfort Arms Apartments, Inc.,<br><br>      Defendants | Case No. **2:11-cv-00276-JAM-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL Without Prejudice** |

    IT IS SO ORDERED that the above-entitled action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Date: 3/11/2013

                        /s/ John A. Mendez_____
                        U. S. District Court Judge